■ THOMAS P. GEER, Appellant, v EDWARD V. LOUGHLIN, JR., et al., Respondents.—Appeal from an order of the Supreme Court (Hughes, J.), entered May 4, 1988 in Albany County, which granted defendants' motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Harold J. Hughes. Mahoney, P. J., Kane, Casey, Weiss and Yesawich, Jr., JJ., concur.